In the Matter of WOODSIDE MANOR NURSING HOME et al., Appellants, v NIRAV R. SHAH, M.D., Commissioner of Health, State of New York, et al., Respondents.

Submitted December 1, 2014; decided December 16, 2014

Motion by LeadingAge New York, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.